UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHELIA YATES-MATTINGLY,

    Plaintiff,                                   Case No. 1:11-cv-753

vs.

                                          Judge Timothy S. Black

UNIVERSITY OF CINCINNATI, *et al.,*

    Defendants.

## AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' joint motion to modify the scheduling order. (Doc. 34). For good cause shown, the motion is hereby **GRANTED** and the Court enters the following Amended Calendar Order:

| | |
|---|---|
| Discovery deadline: | **February 4, 2013** |
| Dispositive motion deadline: | **March 11, 2013** |
| Status Conference by telephone parties shall call 1-888-684-8852:[1] | **April 8, 2013 at 11:15 a.m.** |
| Final pretrial conference in Cincinnati Chambers, Room 815: | **July 8, 2013 at 11:30 a.m.** |
| Jury Trial in Cincinnati: | **July 15, 2013 at 9:30 a.m.** |

**IT IS SO ORDERED**.

Date: 10/16/2012                          *s/ Timothy S. Black*
                                                            Timothy S. Black
                                                            United States District Judge

---

[1] Counsel shall call: 1-888-684-8852, Access code: 8411435; Security code: 123456, and wait for the Court to join the conference.