IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHELIA YATES-MATTINGLY, | : | Case No. 1:11-cv-753 |
| | : | |
| Plaintiff, | : | Judge Black |
| v. | : | |
| | : | Magistrate Judge Litkovitz |
| UNIVERSITY OF CINCINNATI et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE UNDER SEAL OR REDACT SUMMARY JUDGMENT PAPERS, DEPOSITION TRANSCRIPTS AND DEPOSITION EXHIBITS

The parties' Joint Motion for Leave to File Under Seal or Redact Summary Judgment Papers, Deposition Transcripts and Deposition Exhibits is GRANTED. Parties will manually file under seal with the Clerk portions of deposition transcripts and deposition exhibits which are derived from "education records" protected from disclosure by the Family Education Rights and Privacy Act (FERPA), 20 U.S.C.S. § 1232g, or contain confidential medical or financial information. The parties will electronically file their summary judgment papers in redacted form, redacting only FERPA-protected or otherwise confidential medical or financial material, and manually file under seal with the Clerk unredacted versions of their summary judgment papers.

IT IS SO ORDERED.

_____
Timothy S. Black
United States District Judge