# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**SHEILA YATES-MATTINGLY,**          Case No. 1:11-CV-753

    Plaintiff,          **Judge Timothy S. Black**

**-vs-**

**PAMELA D. LINEBACK,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]     **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion to Strike (Doc. 77) is **DENIED**; that Defendant's Motion for Summary Judgment (Doc. 70) is **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: 8/1/2013                                                  **JOHN P. HEHMAN, CLERK**

                                                                                                                By: *s/ M. Rogers*
                                                                                                                Deputy Clerk